# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TRACY HEYDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-01002 |
| ) | |
| GC SERVICES, LP, ) | JUDGE CAMPBELL |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, TRACY HEYDER, through McNulty & Associates, PLLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

November 5, 2013 By:/s/ Michael McNulty
Michael McNulty
McNulty & Associates, PLLC
211 Printers Alley, Suite 400
Nashville, TN 37201
Michael@McNultyAssociatesTN.com
Tel: 615-829-8250
Attorney for Plaintiff

[INTENTIONALLY LEFT BLANK]

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Settlement was filed using the Court's CM/ECF electronic filing system on November 5, 2013, which will provide notice of the foregoing to Daniel P. Berexa. The foregoing was also e-mailed to Jennifer Kirby at jkirby@sdtlawyers.com

| | |
|---|---|
| Daniel P. Berexa | Jennifer Kirby |
| Cornelius & Collins, LLP | Attorney At Law |
| Suite 1500, 511 Union Street | Surdyk, Dowd & Turner Co., L.P.A. |
| P. O. Box 190695 | 1 Prestige Place, Suite 700 |
| Nashville, TN 37219-0695 | Miamisburg, Ohio 45342 |
| Tel: 615-244-1440 | Ph. 937-222-2333 |
| Fax: 615-254-9477 | Fx. 937-222-1970 |
| Email: dpberexa@cornelius-collins.com | jkirby@sdtlawyers.com |
| **Attorney for Defendant, GC Services, LP** | **Attorney for Defendant, GC Services, LP** |

By:/s/ Michael McNulty_____
 Michael McNulty