UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY HEYDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:13-cv-01002 |
| | ) |
| GC SERVICES, LP, | ) JUDGE CAMPBELL |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, TRACY HEYDER, ("Plaintiff"), through McNulty & Associates, PLLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

By:/s/ Michael McNulty
   Michael McNulty
   McNulty & Associates, PLLC
   211 Printers Alley, Suite 400
   Nashville, TN 37201
   Michael@McNultyAssociatesTN.com
   Tel: 615-829-8250
   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 21, 2013, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By:/s/ Michael McNulty
   Michael McNulty

1